IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUSTIN ZWOLLE**                                                                                      **PLAINTIFF**

VS.                                          No. 4:22-cv-00486-BRW

**CHRIS GOODRICH,**
**Guard, Searcy County Jail**                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 11th day of July, 2022.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE